JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WADE M. RHYNE  (CABN 216799)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: wade.rhyne@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00018 PJH |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FROM APRIL 28, 2010 TO MAY 11, 2010 |
| GREGORY CURT BYIAS JR., | Date: May 11, 2010 |
| a/k/a "Gregory Curt Byias," | Time: 10:00 a.m. |
| a/k/a "Greg Byias," | Court: Hon. Laurel Beeler |
| a/k/a "Gregory Curt Bylas," | |
| a/k/a "GB," | |
| Defendant. | |

     The defendant, Gregory Curt Byias, Jr., represented by James Phillip Vaughns, and the United States, represented by Wade M. Rhyne, Assistant United States Attorney, appeared before United States Magistrate Judge Donna M. Ryu on April 28 and April 30, 2010 for status conferences, trial settings, and detention hearings, in the above-entitled matter. During both appearances, the parties requested to continue the matter in light of the production of supplemental discovery and so that counsel for the defendant may further discuss the legal issues

[~~PROPOSED~~] ORDER
No. CR-10-00018 PJH

1  pertaining to the factual record and the current plea agreement offer.  The parties agreed that
2  counsel for the defendant would need additional time to review discovery and to confer the
3  defendant.
4       On that basis, the parties requested that the matter first be continued to April 30, 2010
5  and then be continued to May 11, 2010 at 10:00 a.m. before United States Magistrate Judge
6  Laurel Beeler.  The parties jointly requested that time be excluded under the Speedy Trial Act
7  between April 30, 2010 and May 11, 2010.
8       Based upon the representation of counsel and for good cause shown, the Court finds that
9  failing to exclude the time between April 28, 2010 and May 11, 2010 would unreasonably deny
10  the defendant continuity of counsel and would deny counsel the reasonable time necessary for
11  effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §
12  3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time
13  between April 28, 2010 and May 11, 2010 from computation under the Speedy Trial Act
14  outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §
15  3161(h)(7)(A).  Therefore, IT IS HEREBY ORDERED that the time between April 28, 2010 and
16  May 11, 2010 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §
17  3161(h)(7)(A) and (B)(iv).

DATED: 5/3/2010

[GRANTED — Judge Donna M. Ryu]

HON. DONNA M. RYU
United States Magistrate Judge

[PROPOSED] ORDER
No. CR-10-00018 PJH                            -2-