1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WADE M. RHYNE  (CABN 216799)
   Assistant United States Attorney
5      1301 Clay Street, Suite 340S
       Oakland, CA 94612
6      Telephone: (510) 637-3680
       Fax: (510) 637-3724
7      E-Mail: wade.rhyne@usdoj.gov

8  Attorneys for Plaintiff

9
                          UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11
                                 OAKLAND DIVISION
12

13
   UNITED STATES OF AMERICA,            )   No. CR 10-00018 PJH
14                                      )
           Plaintiff,                   )
15                                      )   [PROPOSED] ORDER TO EXCLUDE
       v.                               )   TIME UNDER THE SPEEDY TRIAL ACT
16                                      )   FROM MAY 28, 2010 TO AUGUST 30,
                                        )   2010
17 GREGORY CURT BYIAS JR.,              )
       a/k/a "Gregory Curt Byias,"      )   Date:    May 28, 2010
18     a/k/a "Greg Byias,"              )   Time:    10:00 a.m.
       a/k/a "Gregory Curt Bylas,"      )   Court:   Hon. Laurel Beeler
19     a/k/a "GB,"                      )
                                        )
20         Defendant.                   )
                                        )
21 _____ )

22        The defendant, Gregory Curt Byias, Jr., represented by James Phillip Vaughns, and the

23 United States, represented by Garth Hire for Wade M. Rhyne, Assistant United States appeared

24 before the United States Magistrate Judge Laurel Beeler on May 28, 2010 for an Arraignment on

25 a Superseding Indictment, for an Arraignment on an § 851 Information, and for a Trial Setting,

26 in the above-entitled matter.  Following the arraignments, the parties jointly requested that the

27 Court continue the matter to August 30, 2010 at 8:30 a.m. for trial.  The parties agreed that they

28 would need time to review discovery, prepare for trial, and to file motions.

   [PROPOSED] ORDER
   No. CR-10-00018 PJH

1   On that basis, the parties jointly requested that the matter be continued to August 30, 2010 for trial before United States District Judge Phyllis J. Hamilton and that the Court continue to exclude time under the Speedy Trial Act between May 28, 2010 and August 30, 2010.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between May 28, 2010 and August 30, 2010 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between May 28, 2010 and August 30, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  Therefore, IT IS HEREBY ORDERED that the time between May 28, 2010 and August 30, 2010 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: June 14, 2010

_____
LAUREL BEELER
United States Magistrate Judge

[PROPOSED] ORDER
No. CR-10-00018 PJH                               -2-