**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9

10

11  UNITED STATES OF AMERICA,

12          Plaintiff,                      No. CR 10-0018 PJH

13      v.                                  **ORDER DENYING MOTION**
                                            **FOR LACK OF JURISDICTION**
14  GREGORY CURT BYIAS,

15          Defendant.
    _____/

16

17          Defendant's pro se October 15, 2012 "motion to reduce his sentence" pursuant to

18  United States Sentencing Guidelines ("U.S.S.G.")  §§ 5K2.13 and 5H1.6 is currently before

19  the court.  Normally, such a motion would be treated as a motion under 28 U.S.C.

20   § 2255 to vacate, set aside or correct his sentence.  However, a § 2255 motion may not be

21  heard while an appeal is pending, *Black v. United States*, 269 F.2d 38, 41 (9th Cir. 1959),

22  and defendant currently has an appeal pending before the Ninth Circuit.  *See* Case No. 12-

23  10223.   Accordingly, the court DENIES the motion without prejudice for lack of jurisdiction.

24  *See id.*  In denying the motion without prejudice, the court notes that even if it had

25  jurisdiction, if it were to reach the merits of defendant's motion, he would then be precluded

26  from bringing any future motions under 28 U.S.C. § 2255 as unauthorized second and

27  successive petitions.

28          Nevertheless, the court notes that even if it were to reach the merits, it would deny

1  the motion.  The court already took into account the mental capacity and family

2  circumstances factors raised by defendant at the time of sentencing when it declined to

3  sentence him as a career offender and sentenced him to a term that represented a

4  variance from the applicable guideline range.

5      **IT IS SO ORDERED.**

6  Dated: October 24, 2012

7  _____

8  PHYLLIS J. HAMILTON
   United States District Judge

**United States District Court**
For the Northern District of California

2