**FILED**

MAR 11 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> GREGORY CURT BYIAS, <br> Defendant. | Case No. 10-cr-00018-PJH-1   (KAW) <br><br> **ORDER FOR RELEASE FROM FEDERAL CUSTODY** |

The defendant having appeared before the undersigned,

IT IS HEREBY ORDERED that the U.S. Marshal and/or representatives, release from federal custody the above-named defendant and the defendant is ordered to report immediately upon release to New Bridge Residential Treatment, located in, Berkeley, CA, to participate in a residential substance abuse treatment program at the discretion of the Probation Office.

IT IS SO ORDERED.

Dated: March 11, 2025

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge